UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.:

GWENDOLYN COOPER

    Plaintiffs,

vs.

DOLLAR TREE STORES, INC. a foreign
Profit corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

The Defendant, DOLLAR TREE STORES, INC., by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, hereby files this, its Notice of Removal of this Case from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida and states as follows:

1. On or about October 20, 2017, the Plaintiff commenced an action in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida against the Defendant for injuries the Plaintiff allegedly suffered as a result of a slip and fall at the Defendant's store, located in Miami-Dade County, Florida. The Plaintiff's sole claim against the Defendant is based on a theory of negligence.

2. The Plaintiff served the Defendant on or about November 3, 2017. True and correct copies of the Summons and Complaint are attached hereto as Exhibit "A" and incorporated by reference.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper in this Court because the State Court Action is pending in Miami-Dade County, Florida, part of the Southern District of Florida, as per 28 U.S.C. § 1441(a).

5. There is complete diversity of citizenship between the parties.

6. The Plaintiff, as per the Complaint, is not defined as a resident of any state, but is believed to be a resident of Florida.

7. DOLLAR TREE STORES, INC. is incorporated in the State of Virginia and has its principal place of business in Virginia. Thus, the Defendant is not a citizen of Florida and is diverse from the Plaintiff.

8. The Plaintiff only vaguely quantifies the amount of damages she seeks to recover in this case (See Complaint at ¶ 1), as Florida requires only a statement that the amount in controversy exceeds $15,000.00 for purposes of invoking the jurisdiction of Florida's Circuit Court pursuant to Florida Statute § 26.012.

9. However, it is apparent based on the Plaintiff's pre-suit demand for $410,000.00 (attached hereto as Exhibit "B") that the amount in controversy more likely than not exceeds $75,000.00, exclusive of interest and costs.

10. Regarding Plaintiff's pre-suit demand, the Court may consider it when determining whether the case should be remanded. *See* Burns v. Windsor Ins. Co., 31 F.3d 1092 (11th Cir. 1994).

11. In that pre-suit demand, Plaintiff's counsel both summarized and enclosed medical records and medical bills, showing an appreciation of the background on the case for

purposes of making the pre-suit demand.

12. The Plaintiff's main alleged injury is internal derangement of the right knee. Her claimed medical bills, $82,652.53, are themselves in excess of the jurisdictional requirement of this Court.

13. Thus, it is apparent based on the alleged injuries and the Plaintiffs demand, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

14. The Defendant denies the allegations in the Complaint. However, taking those allegations on their face to be true, it is clear that the Plaintiff's claim demonstrates an amount in controversy in excess of $75,000.00.

15. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

16. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal to Federal Court (attached hereto as Exhibit "C") will be filed in the Circuit Court in and for Miami-Dade County, Florida as soon as this Notice of Removal has been filed in this Court.

17. Because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Court has jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1332. The Defendant is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, DOLLAR TREE STORES, INC. respectfully requests that the action now pending before the Circuit Court in and for Miami-Dade County, Florida, Case No. 13-

2017-CA-024662, be removed to this Court.

Dated this 1st day of December, 2017.

                WYLAND & TADROS LLP
                Attorneys for Plaintiffs
                1665 Palm Beach Lakes Boulevard, Suite 900
                West Palm Beach, FL 33401
                Tel. No.: (561) 275-2990
                Fax No.: (561) 275-2991
                dtadros@wylandtadros.com

BY: _____/s/_____
      DAVID S. TADROS
      FBN#956015